DAVID A. HUBBERT
Deputy Assistant Attorney General

LOLITA DE PALMA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-3664
Fax: (202) 307-0054
E-mail: Lolita.DePalma@usdoj.gov
        Western.Taxcivil@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL T. DUBSON,<br><br>Defendant. | Case No. **'22CV1604 LL   WVG**<br><br>**COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS** |

The Plaintiff, the United States, by and through its undersigned counsel, complains and alleges as follows:

## CAUSE OF ACTION

1. This is a civil action brought by the United States: (1) to reduce to judgment outstanding federal income tax assessments made against Defendant Paul T. Dubson and (2) to foreclose corresponding federal tax liens against a parcel of real property located at 1880 Summit Drive, Escondido, California 92027.

**JURISDICTION AND VENUE**

2. This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403(a), at the direction of the Attorney General of the United States, with the authorization and sanction and at the request of the Chief Counsel of the Internal Revenue Service (IRS), a delegate of the Secretary of the Treasury.

3. This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in the Southern District of California because Defendant Paul T. Dubson resides in this district and the property that is the subject of this action is located within this judicial district. 28 U.S.C. § 1391(b).

**DEFENDANT**

5. Defendant Paul T. Dubson resides within the jurisdiction of this Court.

**IDENTIFICATION OF THE PROPERTY SOUGHT TO BE FORECLOSED**

6. The real property that is the subject of this action, located at 1880 Summit Drive, Escondido, California 92027, is situated in the County of San Diego, State of California ("Summit Drive Property"). The legal description of the Summit Drive Property is as follows:

> THAT PORTION OF LOT "Q" OF THE RESUBDIVISION OF BLOCK 273 OF RANCHO RINCON DEL DIABLO, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1519, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DESCRIBED AS FOLLOWS:
>
> BEGINNING AT THE SOUTHWESTERLY CORNER OF SAID LOT "Q"; THENCE NORTH 29º 03' 25" EAST, ALONG THE NORTHWESTERLY LINE THEREOF 156.46 FEET; THENCE SOUTH 60º 56' 35" EAST, 150.00 FEET; THENCE NORTH 29º 03' 25" EAST 86.43 FEET TO A POINT IN A LINE WHICH IS PARALLEL WITH AND 150 FEET SOUTHERLY MEASURED AT RIGHT ANGLES FROM THE NORTHERLY LINE OF SAID LOT, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE NORTH 44º 44' 45" WEST 156.20

FEET TO AN ANGLE POINT IN THE NORTHWESTERLY LINE OF SAID LOT; THENCE NORTH 61º 27' 05" WEST ALONG SAID NORTHERLY LINE OF SAID LOT 131.12 FEET; THENCE SOUTH 28º 32' 55" EAST 150 FEET; THENCE SOUTH 61º 27' 05" WEST 87.55 FEET TO THE TRUE POINT OF BEGINNING.

7. On or about March 17, 1978, the Summit Drive Property was transferred to Defendant Paul T. Dubson, an unmarried man, by a grant deed recorded with the San Diego County Recorder's Office on March 28, 1978.

### FIRST CLAIM FOR RELIEF: TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT

8. The United States reasserts the allegations made in paragraph one (1) through seven (7) above, as fully set forth herein.

9. On April 11, 2008, Defendant Paul T. Dubson filed with the IRS a Form 1040, U.S. Individual Income Tax Return, reporting that he had received zero dollars in wages for the tax period ending December 31, 2007, despite his W-2 reporting that he had received wages of $36,767 from the Hewlett Packard Company for that year.

10. While Dubson did report that he had received a pension distribution in the 2007 tax year in the amount of $603,589.00, he asserted on his tax return that this distribution did not amount to taxable income.

11. Dubson requested that the United States refund him $124,707.26—the total federal income tax that had been withheld from his wages and from the pension distribution.

12. On July 15, 2008, the IRS sent Dubson a letter informing him that the IRS considered his filed income tax return to be frivolous and requested that Dubson file a valid return.

13. Dubson did not file a valid return.

14. The IRS conducted an examination of Dubson for the 2007 tax year. Based on information provided to the IRS, the IRS confirmed the amount of

Dubson's wages and his pension distribution for the 2007 tax year and determined that Dubson's federal income tax amounted to $201,859.00 for that year.

15. On May 8, 2011, after sending the appropriate notices to Dubson, the IRS issued a Statutory Notice of Deficiency for Tax Year 2007. This notice included the $201,859.00 in taxes due for the 2007 tax year, and an additional $71,161.21 in penalties, including a proposed fraudulent failure to file penalty pursuant to 26 U.S.C. § 6651(f) in the amount of $55,935.93.

16. On August 18, 2011, Dubson filed a petition in Tax Court challenging the notice of deficiency.

17. While initially arguing that the notice of deficiency was "fraudulent and invalid" because the IRS had not adequately complied with the Administrative Procedure Act in promulgating the regulations it had relied upon in calculating the deficiency, Dubson eventually conceded the case in full.

18. On December 12, 2012, the Tax Court ordered and decided that Dubson owed $201,859.00 in income taxes for tax year 2007, as well as penalties under 26 U.S.C. § 6651(a)(2) for his failure to pay, under § 6651(f) for his fraudulent failure to pay, and § 6654 for his underpayment.

19. On the date and in the amount set forth below, a delegate of the Secretary of Treasury made assessments for unpaid federal income taxes and penalties against Paul T. Dubson for the tax period ending December 31, 2007:

| Tax | Tax Period | Assessment Date | Amount Assessed | Outstanding Balance as of October 14, 2022 |
|---|---|---|---|---|
| Income | 2007 | 2/15/2013 | $201,859.00 (tax)<br>$55,935.93 (§ 6651(f) penalty) | $221,272.08 |

20. The outstanding balance above is comprised of the assessed amounts plus interest, penalties, and other additions to tax, less payments made to date.

21. Timely notice of the assessments set forth in paragraph nineteen (19) above has been given to Defendant Paul T. Dubson, and demand for payment has been made, as required by 26 U.S.C. § 6303.

22. Despite notice and demand for payment of the assessments set forth in paragraph nineteen (19) above, Dubson has neglected, refused, or failed to pay in full the tax assessments against him.

23. While Dubson has periodically made payments towards the assessments, there remains due and owing to the United States on those assessments the total sum of $221,272.08 as of October 14, 2022, plus statutory interest and other statutory additions that continue to accrue as provided by law.

**SECOND CLAIM FOR RELIEF: TO FORELCOSE FEDERAL TAX LIENS AGAINST THE SUMMIT DRIVE PROPERTY**

24. The United States reasserts the allegations made in paragraph one (1) through twenty-three (23) above, as fully set forth herein.

25. Pursuant to 26 U.S.C. § 6321, tax liens arose in favor of the United States upon all property and rights to property, whether real or personal belonging to Paul T. Dubson as of the dates of the assessments described in paragraph nineteen (19) above.

26. The Summit Drive Property, described in paragraph six (6) above, has belonged to Defendant Paul T. Dubson since March 1978. Accordingly, the federal tax liens at issue attached to Dubson's interest in the Summit Drive Property when the liens arose and continue at the present to attach to his interest in that property.

27. On June 30, 2016, the IRS recorded a Notice of Federal Tax Lien against Paul T. Dubson for unpaid federal income tax liabilities for the tax period ending December 31, 2007, with the County Recorder's Office of San Diego County.

28. This Court is authorized under 26 U.S.C. § 7403(c) to order the sale of the Summit Drive Property to enforce the federal tax liens against Paul T. Dubson.

29. The United States respectfully requests that the Court determine that the United States' tax liens encumber the Summit Drive Property and order that the property be sold at foreclosure with a distribution of the proceeds of such sale according to the findings of the Court in respect to the interests of the United States and any other parties.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff, the United States, respectfully requests as follows:

A.  That this Court determine and adjudge that Defendant Paul T. Dubson is indebted to the United States in the amount of $221,272.08 for unpaid federal income taxes for the tax year 2007, less any additional credits according to proof, plus interest and other statutory additions, as provided by law, that have accrued since October 14, 2022 and will continue to accrue until full paid, and that judgment in that amount should be entered against Paul T. Dubson and in favor of the United States;

B.  That this Court determine and adjudge that the United States has valid federal tax liens against all property and rights to property of Paul T. Dubson, including but not limited to his interest in the Summit Drive Property;

C.  That the federal tax liens against Paul T. Dubson encumbering the Summit Drive Property be foreclosed, and the Summit Drive Property be sold to satisfy or partially satisfy the outstanding and delinquent federal tax assessments against Paul T. Dubson;

D.  That the Court grant the United States its costs incurred in bringing this action; and

//
//
//

6

Case No.

E.  For such other relief as the Court deems just and proper.

Dated: October 18, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Lolita De Palma*
LOLITA DE PALMA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-3664
Fax: (202) 307-0054
Email: Lolita.DePalma@usdoj.gov